UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Justin Garcia-Arauz,<br><br>                  Petitioner<br><br>v.<br><br>Kristi Noem, et al.,<br><br>                  Respondents | Case No. 2:25-cv-02117-CDS-EJY<br><br>**Service Order**<br><br>[ECF Nos. 1, 2, 3] |

Petitioner Justin Garcia-Arauz, an immigration detainee, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241, a motion for preliminary injunction, and a motion to consolidate cases. ECF Nos. 1, 2, 3. I direct that the petition and motions be served on the respondents.

It is therefore kindly ordered that the Clerk of Court:

1. **DELIVER** a copy of the petition (ECF No. 1), the motions (ECF No. 2, 3), and this Order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1), the motions (ECF Nos. 2, 3), and this Order to the Chief of the Civil Division for the United States Attorney for the District of Nevada, at summer.johnson@usdoj.gov, as well as to veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the petition (ECF No. 1), the motions (ECF Nos. 2, 3), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    a) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

b) Pam Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

c) Todd M. Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

d) Brian Wilcox, Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

e) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

It is further ordered that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1), the motions (ECF Nos. 2, 3), and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that counsel for respondents file a notice of appearance by November 4, 2025, file and serve their opposition to the motions by November 7, 2025, and file and serve their answer to the petition by November 14, 2025, unless additional time is allowed for good cause shown.

It is further ordered that Garcia-Arauz file a reply to the motions within five days of service of the respondents' oppositions and a reply to the petition within seven days of service of the respondents' answer.

Dated: October 31, 2025

_____
Cristina D. Silva
United States District Judge