1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JUSTIN GARCIA-ARAUZ, | Case No. Case No. 2:25-cv-02117-CDS-EJY |
| Petitioner, | **ORDER TRANSFERRING CASE** |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

14    This Petition for Writ of Habeas Corpus is related to three putative habeas class actions

15   pending before Judge Boulware in Case Nos. 2:25-cv-01542-RFB-EJY, 2:25-cv-01553-RFB-

16   BNW, and 2:25-cv-02136-RFB-MDC. The actions involve similar questions of fact and law, and

17   assignment to the same district judge is likely to affect a substantial savings of judicial effort. LR

18   42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by

19   different judges. LR 42-1(a)(5). Because the cases are related, assignment to the same judge is

20   likely to result in a substantial savings of judicial effort and reduce duplication of labor. See Fed.

21   R. Civ. P 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will

22   predictably occur here, when actions involving a common question of law or fact are pending

23   before the court). Accordingly, the assigned judges agree to transfer Case No. 2:25-cv-02117-

24   CDS-EJY to the judge to whom the earliest-filed action is assigned for all further proceedings.

25    ///

26    ///

27    ///

28    ///

1    For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly

2  directed to transfer Case No. 2:25-cv-02117-CDS-EJY to Judge Richard F. Boulware, II.

3    **IT IS FURTHER ORDERED** that the Clerk of Court is instructed to administratively

4  **RELATE** this matter to Case Nos. 2:25-cv-01542-RFB-EJY, 2:25-cv-01553-RFB-BNW, and

5  2:25-cv-02136-RFB-MDC.

6

7    **DATED:** November 3, 2025.

8

9  _____    _____

10 **RICHARD F. BOULWARE, II**    **CRISTINA D. SILVA**
   **UNITED STATES DISTRICT JUDGE**    **UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -